UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| In re: | ) | Bankr. No. 11-50019 |
|---|---|---|
| | ) | Chapter 7 |
| DENNIS ALLEN SPENCER | ) | |
| SSN/ITIN xxx-xx-4114 | ) | |
| | ) | |
| and | ) | ORDER GRANTING LITTON LOAN |
| | ) | SERVICING, LP RELIEF FROM |
| SANDRA ANN SPENCER | ) | AUTOMATIC STAY AND |
| aka Sandy Spencer | ) | COMPELLING ABANDONMENT |
| SSN/ITIN xxx-xx-2326 | ) | OF CERTAIN REAL PROEPRTY |
| | ) | |
| Debtors. | ) | |

Upon consideration of Litton Loan Servicing, LP's Motion for Order Granting Relief from Stay and Compelling Abandonment of Certain Property (doc. 25) and supplement to the motion (doc. 32) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore;

IT IS HEREBY ORDERD Litton Loan Servicing, LP's motion, as supplemented, is granted, and it is given relief from the automatic stay to pursue its nonbankruptcy law remedies regarding its interest in the following property:

> LOT 8 in Block 2 of Vista Hills No. 2 in the City of Rapid City, Pennington County, South Dakota, as shown on the plat filed in plat book 12, page 178; aka 5115 Skyview Drive, Rapid City, South Dakota 57702-9214.

Litton Loan Servicing, LP is also given continuing authority to contact Debtrs directly only to determine their intent regarding the property.

IT IS FURTHER ORDERD the case trustee shall abandon the above-described property from the bankruptcy estate. This order shall constitute the notice the trustee has abandoned the subject property in compliance with this order.

IT IS FURTHER ORDER the 14-day stay imposed by the Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective upon entry.

So ordered: June 13, 2011.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota